UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LELAND FOSTER,

                                                Case No. 15-11678
    Plaintiff,                          Hon. John Corbett O'Meara

v.

PALACE HOSPITALITY, INC.,

    Defendant.
_____/

## JUDGMENT

IT IS HEREBY ORDERED that judgment is entered pursuant to the consent decree and order dated September 24, 2015.

Date: September 24, 2015

                                                DAVID WEAVER
                                                Clerk, U.S. District Court

                                                By: s/William Barkholz
                                                Deputy Clerk

Approved:

s/John Corbett O'Meara
United States District Judge